# NO. 12-16-00154-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| | § | *APPEAL FROM THE 173RD* |
| *EX PARTE:* | § | *JUDICIAL DISTRICT COURT* |
| *JAMES IAN HAWKES* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant James Ian Hawkes has filed a motion to dismiss his appeal and has certified that all other parties to the appeal have been given notice of the filing of this motion. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.2(a), the motion is *granted* and his appeal is *dismissed*.

Opinion delivered December 30, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 30, 2016**

**NO. 12-16-00154-CR**

**EX PARTE:  JAMES IAN HAWKES**

Appeal from the 173rd District Court

of Henderson County, Texas (Tr.Ct.No. CR15-0376-392)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*